# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 05, 2026

Mr. Tiberius T. Davis
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 26-50280　　Conejo Arias v. Mullin
             USDC No. 5:26-CV-415

Dear Mr. Davis,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The caption on the brief does not match the Court's Official Caption as required by Fed. R. App. P.32(a)(2)(C). See the Official Caption, below:

_____

Case No. 26-50280

Adrian Conejo Arias; L. C.R., a minor child by and through his parent and guardian Adrian Conejo Arias,

               Petitioners - Appellees

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement; Todd Wallace Blanche, Acting U.S. Attorney General; Daren K. Margolin, in his official capacity as Acting Director of the Executive Office of Immigration Review; Jose Rodriguez, Jr., in his official capacity as the Warden of the Dilley Immigration Processing Center in Dilley, Texas,

               Respondents - Appellants

A **Table of Contents** with page number references is misspelled or includes additional text, etc. A Table of Contents is required. See Fed. R. App. P.28(a)(2).

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. S. Denni Arnold
Mr. Zachary Dolling
Mr. Drew C. Ensign
Ms. Kate Gibson Kumar
Mr. Daniel Hatoum
Ms. Jennifer Scarborough