# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 24, 2026

Lyle W. Cayce
Clerk

No. 26-50280

Adrian Conejo Arias; L. C.R., *a minor child by and through his parent and guardian Adrian Conejo Arias*,

*Petitioners—Appellees*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Daren K. Margolin, *in his official capacity as Acting Director of the Executive Office of Immigration Review*; Jose Rodriguez, Jr., *in his official capacity as the Warden of the Dilley Immigration Processing Center in Dilley, Texas*,

*Respondents—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:26-CV-415

ORDER:

IT IS ORDERED that Appellants' opposed motion to supplement the record on appeal is DENIED.

IT IS FURTHER ORDERED that Appellees' opposed motion to supplement the record on appeal is DENIED as moot.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*