**From:** [redacted]
**Sent:** Tuesday, February 3, 2026 4:48 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXTERNAL] A Threat Lump and Eye Moisture Picture

Good afternoon, Counsel,

This picture is making the rounds here. It is a keepsake for all involved, especially [redacted]nd his Dad regardless of what country they end up in.

In the meantime, there is a well-to-do lawyer with whom I grew up in a mixed Mexican-American/Anglo neighborhood about four miles from our courthouse who is going to commission a traditional San Antonio mural in that area. I suggested Congressman Castro, who followed me at the same neighborhood high school, be included as well.

Cuidate,

FB

