# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-50280 Conejo Arias v. Mullin
USDC No. 5:26-CV-415

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

Lisa E. Ferrara

By: ______________________
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. S. Denni Arnold
Ms. Melissa Claire Cassel-Walker
Mr. Tiberius T. Davis
Mr. Zachary Dolling
Mr. Drew C. Ensign
Ms. Jenya Godina
Mr. Jonathan D. Hacker
Mr. Daniel Hatoum
Ms. Kelsey Miller
Ms. Jennifer Scarborough