# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 6, 2026
Thomas B. Plunkett, III
Clerk

No. 26-50280

Adrian Conejo Arias; L. C.R., *a minor child by and through his parent and guardian Adrian Conejo Arias*,

*Petitioners—Appellees*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Daren K. Margolin, *in his official capacity as Acting Director of the Executive Office of Immigration Review*; Jose Rodriguez, Jr., *in his official capacity as the Warden of the Dilley Immigration Processing Center in Dilley, Texas*,

*Respondents—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:26-CV-415

ORDER:

IT IS ORDERED that Appellants' unopposed motion to make the docket entries in this case publicly accessible is GRANTED.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*