O'Melveny

O'Melveny & Myers LLP
400 S. Hope Street, Ste 1900
Los Angeles, CA 90071-2811

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

November 20, 2026

**Kelsey Miller**
D: +1 213 430 6298
kelseymiller@omm.com

**VIA E-SERVICE**

Thomas B. Plunkett, Clerk of Court
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

**Re:** ***No. 26-50280; Conejo Arias v. Mullin***

Dear Mr. Plunkett:

I write to advise the Court of my withdrawal as counsel for Petitioners-Appellees in the above-referenced matter, as I am leaving my employment with the firm of O'Melveny & Myers LLP. Please withdraw my Notice of Appearance in connection with this cause at the Court's earliest convenience.

Petitioners-Appellees will continue to be represented by Daniel Hatoum, S. Denni Arnold, Melissa Cassel-Walker, Zachary Dolling, Jenya Godina, Jonathan D. Hacker, and Jennifer Scarborough, each of whom have appeared herein.

Respectfully submitted,

*/s/ Kelsey Miller*

Kelsey Miller
Associate
for O'MELVENY & MYERS LLP